



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 1 2 2020

JAMES E. JOHNSON
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL PANTALONY
Tel.: (212) 356-8761
mpantalo@law.nyc.gov

March 9, 2020

**SO ORDERED**

**By ECF**
Hon. George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rm 1310
New York, NY 10007

MAR 1 2 2020

The initial conference
scheduled for March 10, 2020
is adjourned to March 24, 2020
at 9:30 a.m.

George B. Daniels

HON. GEORGE B. DANIELS

Re: *S.G., et al. v. NYC Dep't of Educ.*, 19-cv-11172 (GBD)(SDA)

Dear Judge Daniels:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel James E. Johnson, attorney for Defendant. I write to respectfully request a two-week adjournment of the initial court conference currently scheduled for March 10, 2020 at 9:30 a.m. (ECF Nos. 3, 9)

We are in receipt of the COVID-19 administrative order of the Southern District, received a 5:04 p.m. ("Order"). As we informed the Court by telephone minutes ago, based on the articulated restriction with respect to attorneys who have had contact with anyone diagnosed with COVID-19, we believe that Order prevents us from appearing in Your Honor's court room tomorrow morning for the 9:30 a.m. conference. We respectfully request an adjournment of tomorrow's conference to March 24 at 9:30 a.m. We have informed Plaintiff's counsel by email that we are informed that the conference will be adjourned as requested.

We thank the Court for its assistance with this adjournment request under these emergent circumstances.

Respectfully submitted,

/s/ _____
Michael Pantalony
Special Assistant Corporation Counsel

cc: Irina Roller (By ECF)
Attorney for Plaintiffs