UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
S.G. Individually,

        Plaintiff(s),

  -against-

New York City Department of Education
        Defendant(s).
------------------------------------------------------------------X

19cv11172(GBD)
ORDER



GEORGE B. DANIELS, United States District Judge:

The conference scheduled for March 24, 2020 is adjourned to May 26, 2020 at 9:30 a.m.

Dated: New York, New York
      March 19, 2020

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge