```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S. G., individually and on behalf of her child S.V. a minor,

                Plaintiff,

-against-

New York City Department of Education,

                Defendant.

1:19-cv-11172 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall respond to Defendant's Letter Motion (ECF No. 21) no later than Tuesday, October 6, 2020. Defendant shall file its reply, if any, no later than Friday, October 9, 2020.

**SO ORDERED.**

DATED:    New York, New York
                September 29, 2020

                                        _____
                                        STEWART D. AARON
                                        United States Magistrate Judge